No. 662. MORRISON ET AL. *v.* CALIFORNIA. Appeal from the District Court of Appeal, 4th Appellate District, of California. Jurisdictional statement submitted February 11, 1933. Decided February 20, 1933. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. (1) *Mobile, Jackson & Kansas City R. Co.* v. *Turnipseed,* 219 U. S. 35, 42, 43; *Yee Hem* v. *United States,* 268 U. S. 178, 183–185; *Atlantic Coast Line R. Co.* v. *Ford,* 287 U. S. 502. (2) *Cockrill* v. *California,* 268 U. S. 258, 261, 262; *Porterfield* v. *Webb,* 263 U. S. 225, 232, 233; *Patsone* v. *Pennsylvania,* 232 U. S. 138, 144. *Mr. J. Marion Wright* for appellants. No appearance for appellee.